1

2

3

4

5

6

7

8

9

10

FILED

2007 SEP 25  PM 2:47

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  JIMMY TRINH, an individual, on behalf of himself and all others similarly situated; ERIC STOREY, an individual, on behalf of himself and all others similarly situated, | Case No. 07 CV 01666 W |
| 12 | **ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |
| 13  Plaintiffs, | |
| 14  vs. | |

15

16  JPMORGAN CHASE & CO., a Delaware
corporation; JPMORGAN CHASE BANK,
N.A., a New York corporation; CHASE

17  MANHATTAN MORTGAGE
CORPORATION, a New Jersey

18  corporation; DOES 1 THROUGH 10,
inclusive,

19          Defendants.

20

21

22  //

23  //

24  //

25  //

26  //

27  //

28

1        Having considered all papers submitted concerning Plaintiffs Jimmy Trinh, on behalf of

2   himself and others similarly situated and Eric Storey, on behalf of himself and others similarly

3   situated ("Plaintiffs") and Defendants JP Morgan Chase & Co., JPMorgan Chase Bank, N.A., and

4   Chase Manhattan Mortgage Corporation's ("Defendants") motion to extend time to respond to

5   complaint, and finding good cause appearing therefore, the court **HEREBY ORDERS** that

6        (1)    Defendants will have until November 2, 2007 to file an Answer or otherwise

7   respond to the Complaint in the above-entitled matter.

8       **IT IS SO ORDERED.**

9

10   Dated:  September 25, 2007

11                                      Hon. Thomas J. Whelan

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28