MORGAN, LEWIS & BOCKIUS LLP
BARBARA MILLER, State Bar No. 167223
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
E-mail: barbara.miller@morganlewis.com

Attorneys for Defendant
JPMORGAN CHASE & CO.; JP MORGAN CHASE BANK, N.A.; and CHASE MANHATTAN MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY TRINH, an individual, on behalf of himself and all others similarly situated; ERIC STOREY, an individual, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JPMORGAN CHASE & CO., a Delaware corporation; JPMORGAN CHASE BANK, N.A., a New York corporation; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation; DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | Case No. 07 CC 01666 W <br><br> Hon. Thomas J. Whalen <br><br> **DECLARATION OF DARREN J. CAMPBELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO FACILITATE NOTICE TO POTENTIAL CLASS MEMBERS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-IR/442420.1                                                                                   (07 CC 01666 W)

# DECLARATION OF DARREN J. CAMPBELL

I, DARREN J. CAMPBELL, declare:

1. I am an attorney at law, duly licensed to practice in the state of California and before this Court. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, the attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and Chase Manhattan Mortgage Corporation ("Chase") in the above captioned matter. I make this declaration in support of Chase's Opposition to Plaintiffs' Motion to Facilitate Notice To Potential Class Members.

2. Attached hereto, at the Exhibits indicated in the chart below, are true and correct copies of the following Statements:

| Tab | Title | Pages |
|---|---|---|
| A | Statement of Fred Garnett | 4-9 |
| B | Statement of Russell Griffin | 10-12 |
| C | Statement of Arthur Haan II | 13-16 |
| D | Statement of Mitchell J. Haddad | 17-21 |
| E | Statement of Jeffrey V. Jacobus | 22 |
| F | Statement of Kyle Kasperick | 23-25 |
| G | Statement of Michael Kerin | 26-27 |
| H | Statement of Kevin Ketchum | 28-30 |
| I | Statement of Ron Marder | 31-32 |
| J | Statement of James McCraw | 33 |
| K | Statement of Kelly Robinson | 34-36 |
| L | Statement of David Schilling | 37-38 |

3. I have personal knowledge of the facts set forth in this declaration and if called and sworn as a witness I could and would competently testify to them.

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-IR/442420.1                                     2

1  I declare under penalty of perjury under the laws of the United States and the State of
2  California that the foregoing is true and correct.
3  Executed at Irvine, California on March 3, 2008.

                    /s/DARREN J. CAMPBELL
                      Darren J. Campbell

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-IR/442420.1        3