MORGAN, LEWIS & BOCKIUS LLP
BARBARA MILLER, State Bar No. 167223
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
E-mail: barbara.miller@morganlewis.com

Attorneys for Defendant
JPMORGAN CHASE & CO.; JP MORGAN CHASE BANK, N.A.; and CHASE MANHATTAN MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY TRINH, an individual, on behalf of himself and all others similarly situated; ERIC STOREY, an individual, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JPMORGAN CHASE & CO., a Delaware corporation; JPMORGAN CHASE BANK, N.A., a New York corporation; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation; DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | Case No. 07 CC 01666 W <br><br> Hon. Thomas J. Whalen <br><br> **COMPENDIUM OF UNPUBLISHED AUTHORITIES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO FACILITATE NOTICE TO POTENTIAL CLASS MEMBERS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-IR/442497.1                                                                                                                 (07 CC 01666 W)

For ease of reference for the Court, Defendants submit this Compendium of Unpublished Authorities in support of their Opposition to Plaintiffs' Motion to Facilitate Notice to Potential Class Members.

| Tab | Authority | Pages |
|---|---|---|
| 1 | *Ubalde v. Prudential Secs., Inc.*, No. BC245149 (Cal. Super. Ct. Nov. 1, 2004) | 3-7 |
| 2 | *Scott v. Maersk, Inc.*, No. G035746 (Cal. App. Aug. 30, 2006) | 8-18 |
| 3 | U.S. Department of Labor Opinion Letter, FLSA 2006-6, Mar. 10, 2006 | 19-20 |
| 4 | U.S. Department of Labor Opinion Letter, FLSA 2006-11, Mar. 31, 2006. | 21-24 |
| 5 | U.S. Department of Labor Opinion Letter, FLSA 2006-31, Sept. 8, 2006. | 25-31 |
| 6 | *Chemi v. Champion Morgage*, No. 2:05-cv-01238-WHW-CCC, at 9 | 32-50 |

MORGAN, LEWIS & BOCKIUS LLP
BARBARA J. MILLER
DARREN J. CAMPBELL

 /s/DARREN J. CAMPBELL_____

Darren J. Campbell

Attorneys for Defendants
JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A.,
and CHASE MANHATTAN
MORTGAGE COMPANY

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-IR/442497.1

2